# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. WILLARD, | Case No.  1:14-cv-00521-LJO-JLT (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANT'S MOTION TO DISMISS |
| v. | |
| MORENO, | (Docs. 15, 19) |
| Defendant. | |

Plaintiff, Joshua A. Willard, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 9, 2015, the Magistrate Judge filed a Findings and Recommendations to deny Defendant's motion to dismiss.  (Doc. 19.)  The Findings and Recommendations were served that same day and contained provisions for the parties to file objections within thirty days.  Despite lapse of more than sufficient time, neither side has filed any objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on July 9, 2015 (Doc. 19), is adopted in full;
2. Defendant's motion to dismiss, filed September 12, 2014 (Doc. 15), is DENIED; and
3. Within thirty days of the date of service of this order, Defendant is to file an answer to the Complaint.

**IT IS SO ORDERED**
**Dated: August 20, 2015**

                                        **/s/ Lawrence J. O'Neill**
                                        **United States District Judge**