# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA A. WILLARD,<br><br>    Plaintiff,<br><br>    v.<br><br>MORENO,<br><br>    Defendant.<br>_____/ | Case No. 1:14-cv-00521-LJO-JLT (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Docs. 30, 28)**<br><br>**30-DAY DEADLINE** |

Plaintiff, Joshua A. Willard, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 17, 2017, the Magistrate Judge filed a Findings and Recommendations to deny Defendant's motion for summary judgment. (Doc. 38.) The Findings and Recommendations were served that same day and contained provisions for the parties to file objections within twenty-one days. Defendant filed objections (Doc. 39) in which he restated a number of the arguments raised in his motion and reply papers -- all of which were considered and properly evaluated in the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on February 17, 2017 (Doc. 38), is adopted in full;
2. Defendant's motion for summary judgment, filed September 1, 2016 (Doc. 30), is DENIED; and
3. **Within 30 days** of the date of service of this order, the parties SHALL file statements indicating whether a court supervised settlement conference would be beneficial.

IT IS SO ORDERED.

Dated:   **March 23, 2017**                             /s/ Lawrence J. O'Neill
                                                      UNITED STATES CHIEF DISTRICT JUDGE