RIVERA & ASSOCIATES
1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Glen A. Williams, SBN 257665

Attorneys for Defendant,
L. MORENO

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA WILLARD,<br><br>Plaintiff,<br><br>vs.<br><br>L. MORENO,<br><br>Defendant. | CASE NO:1:14-cv-00521-LJO-JLT PC<br><br>**STIPULATED DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]**<br>**(Doc. 48)** |

It is hereby stipulated, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and between Plaintiff JOSHUA WILLARD, appearing *in pro per*, and Defendant L. MORENO, by and through his attorney Shanan L. Hewitt, that this action is dismissed in its entirety with prejudice.

In consideration of the Stipulation entered by the above-named parties to the United States District Court Eastern District of California action, *Willard v. Moreno*, Case 1:14-cv-00521-LJO-JLT PC, this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with the parties mentioned herein to bear their own fees and costs.

Dated: June 30, 2017       /s/ Joshua Willard
                           JOSHUA WILLARD
                           Plaintiff, In Pro Per


Dated: June 30, 2017       /s/ Shanan L. Hewitt
                           SHANAN L. HEWITT
                           Attorney for Defendant
                           L. MORENO

## ORDER

The parties have stipulated to dismiss this case with each party to bear their own attorney's fees and costs. The stipulation relies upon Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

Because all parties who have appeared in the action signed the stipulation, it "automatically terminate[d] the action." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

**IT IS SO ORDERED.**

Dated:   **June 30, 2017**              /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE